```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15438
   JIMMIE C WELLS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6767

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/24/2007 and was confirmed 11/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 12/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC      UNSEC W/INTER    19216.16            .00           .00
TRIAD FINANCIAL CORP      SECURED NOT I     8290.00            .00           .00
HARRIS LOAN & MORTGAGE    SECURED          62812.78            .00           .00
JEFFREY HARRIS            NOTICE ONLY     NOT FILED            .00           .00
TRIAD FINANCIAL CORP      UNSEC W/INTER     4167.21            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          3603.75            .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER   NOT FILED            .00           .00
CROSS COUNTRY BANK        UNSEC W/INTER   NOT FILED            .00           .00
HARRIS & HARRIS           NOTICE ONLY     NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      758.20            .00           .00
R CYBAK & ASSOCIATES      NOTICE ONLY     NOT FILED            .00           .00
SURETY FINANCIAL SERVICE  UNSEC W/INTER   NOT FILED            .00           .00
AT & T                    UNSEC W/INTER   NOT FILED            .00           .00
NATIONAL AUTO FINANCE     SECURED NOT I        .00             .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER      160.77            .00           .00
LEGAL HELPERS PC          DEBTOR ATTY       2,500.00                     2,500.00
TOM VAUGHN                TRUSTEE                                          170.95
DEBTOR REFUND             REFUND                                           999.05

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               3,670.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             170.95
DEBTOR REFUND                                    999.05
                     ---------------       ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 15438 JIMMIE C WELLS
```

```
TOTALS                              3,670.00              3,670.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```